IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. WERNER, ) | 1:09cv0104 DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | EXTENSION OF TIME |
| ) | |
| ) | (Document 17) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 20, 2009, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before November 12, 2009.

IT IS SO ORDERED.

Dated:   **October 22, 2009**           **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1