1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5  333 Market Street, Suite 1500
   San Francisco, California 94105
6  Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
7  E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10
                    **FRESNO DIVISION**
11

12 CHARLES J. WERNER,              )
                                   )     CIVIL NO. 1:09cv00104 DLB
13          Plaintiff,             )
                                   )
14       v.                        )     STIPULATION AND ORDER
                                   )
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17          Defendant.             )
   _____)
18

19    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a SECOND extension of time of 32 days, up to and including

21 December 14, 2009, to respond to Plaintiff's motion for summary judgment.  The extension is necessary

22 because counsel for the Commissioner will be out of town caring for an ill family member from

23 November 16 through December 2, 2009.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 13, 2009        /s/ *Steven G. Rosales*
                                (As authorized via email)
                                STEVEN G. ROSALES
                                Attorney for Plaintiff

Dated: November 13, 2009        LAWRENCE G. BROWN
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   November 16, 2009**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE