IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. WERNER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-00104 JLT<br><br>ORDER |

Pursuant to the stipulation of the parties (Doc. 21) and for good cause appearing,

IT IS HEREBY ORDERED that Defendant shall have a FINAL extension of time of 23 days, up to and including January 6, 2010, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **January 7, 2010**　　　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1